### STATE BANK vs. HENNEN.

APPEAL from the court of the first district.

If a note be made payable at the house of MATHEWS, J., delivered the opinion of the court. This is a suit brought by the holders

of a promissory note against an endorser who resists payment on two principal grounds : want of notice of demand and refusal of payment by the maker of the note ; and negligence of the holders in not properly notifying prior endorsers, whereby his recourse against them is lost in case of being compelled to pay.

The court below gave judgment in favor of the defendant, on the ground of want of legal notice, from which the plaintiffs appealed.

East'n. District.
*February* 1826.

STATE BANK
*vs.*
HENNEN.

A. B. a demand at his dwelling house, or office is good.

Holders of a bill of exchange are not obliged to give notice to all the antecedent parties to it

The notice in the present case differs not as to the manner in which it was given from that which was held by this court to be good in the case of *Miller* vs. *Hennen*, reported in *vol.* 3, 587. The circumstance of the temporary absence of the defendant from the city, as shown by the evidence on record, cannot change the effect of a notice left at his office, such as was considered good in the former case.

Holders of bills of exchange and negotiable notes are bound to give due notice to drawers and endorsers, of demand and refusal of acceptance, and payment by drawers and makers ; but they are not bound to give this notice to all the parties on a bill or note, in

order to make any one of them liable. It is enough that, the person to whom they mean to resort for payment, has legal notice. If there be others liable over to him, he ought to give them notice. See *Chitty on Bills,* (ed. 1821,) *pages* 295 *and* 296.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be avoided, reversed, and annulled; and it is further ordered, adjudged and decreed, that the plaintiffs do recover from the the defendant and appellee, five thousand dollars, with lawful interest, and costs in both courts.

*Grymes* for the plaintiffs, *Hennen* for the defendant.